United States Courts
Southern District of Texas
FILED

APR 1 6 2008

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Sealed
UNSEALED
PER ARREST

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 4/21/08 |
| | § | |
| RANDALL CRAIG | § | H-08-215 |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT ONE

(Exceeding Authorized Computer Access)

Beginning on or about September 15, 2007 and continuing until February 22, 2008, in the Southern District of Texas and elsewhere,

**RANDALL CRAIG**

defendant herein, did intentionally access a computer in a manner that exceeded the defendant's authorized access, and thereby obtained information from a department or agency of the United States, to wit: the United States Department of Navy and such computer access was for the purpose of private financial gain in violation of Title 18 United Stated Code, Section, 1030(a)(2)(B) and C(2)(B)(i).

## COUNT TWO

### (Aggravated Identity Theft, Title 18 U.S.C. §1028A)

Beginning on or about September 17, 2007 and continuing until February 22, 2008, in the Southern District of Texas and elsewhere,

### RANDALL CRAIG

did knowingly possess, use and transfer to a person he believed to be an intelligence officer of a foreign Government, without lawful authority, a means of identification of another person, to-wit, the names and social security numbers of thousands of reserve and active duty personnel during and in relation to a violation of Title 18, United States Code, Sections 1030(a)(2)(B) and C(2)(B)(i) (Fraud and related activity in connection with computer for financial gain.)

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

DON DEGABRIELLE
UNITED STATES ATTORNEY

JIM MCALISTER
ASSISTANT U.S. ATTORNEY
PUBLIC CORRUPTION SECTION

2